petitioners.   *Mr. Melville Church* and *Mr. Robert Watson* for respondents.

No. 528. JESSE THOMAS, PETITIONER, *v.* THE PROVIDENT LIFE AND TRUST COMPANY ET AL.; and No. 529. LUCY L. WICKHAM, PETITIONER, *v.* THE PROVIDENT. LIFE AND TRUST COMPANY ET AL.   January 15, 1906.   Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Charles S. Fogg* for petitioner in No. 528 and *Mr. David A. Gourick* for petitioner in No. 529. *Mr. John F. Shafroth* for respondents.

No. 531. CHARLES C. BROWNE, PETITIONER, *v.* THE UNITED STATES.   January 15, 1906.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.   *Mr. Judson G. Wells, Mr. William Lindsay* and *Mr. Louis Marshall* for petitioner.   *The Attorney General, The Solicitor General* and *Mr. W. Wickham Smith* for respondent.

No. 538. C. R. CHIPMAN, ETC., ET AL., PETITIONERS, *v.* JAMES B. McDONALD, ADMINISTRATOR, ETC.   January 15, 1906.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. T. Moultrie Mordecai, Mr. P. H. Gadsden* and *Mr. Jno. E. Hartridge* for petitioners.   *Mr. A. W. Cockrell* for respondent.

No. 424. THE COUNTY COMMISSIONERS OF WICOMICO COUNTY PETITIONERS, *v.* SAMUEL BANCROFT, JR.   January 22, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted.   *Mr. James E. Ellegood* for petitioners.   *Mr. Nicholas P. Bond* for respondent.